The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10-103RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| SEBASTIAN LARRY LUBERS, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of sensitive information contained within the United States' Memorandum,

It is hereby ORDERED that the United States' Motion to Seal (Dkt. #122) is GRANTED.  The Government's Supplemental Supervised Release Violation Memorandum shall remain sealed.

DATED this 2nd day of June, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
*United States v. Sebastian Larry Lubers*, CR10-103RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970