Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEBASTIAN LARRY LUBERS, <br><br> Defendant. | NO. CR10-103RAJ <br><br> ORDER TO SEAL |

Having read Defendant's Motion to Seal, and because of sensitive information contained within the Defense Memorandum, the Court does hereby ORDER the Defendant's Motion to Seal (Dkt. #124) is GRANTED. Defendant's Supplemental Supervised Release Violation Memorandum shall remain sealed.

DATED this 2nd day of June, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003