Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEBASTIAN LARRY LUBERS, <br><br> Defendant. | NO. CR10-103RAJ <br><br> ORDER TO SEAL |

Having read the Defendant's Motion to Seal, and because of sensitive information contained within the Second Supplemental Supervised Release Memorandum, it is hereby

ORDERED that Defendant's Motion to Seal (Dkt. #129) is GRANTED. Defendant's Second Supplemental Supervised Release Violation Memorandum filed under Dkt. #130 shall remain sealed.

DATED this 28th day of July, 2016.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge