The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN LARRY LUBERS,<br><br>Defendant. | NO. CR10-103RAJ<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal, and because of sensitive information contained within the United States' Exhibit C to its Supplemental Supervised Release Violation Memorandum,

It is hereby ORDERED that the United States' Motion to Seal (Dkt. #131) is GRANTED. Exhibit C to the Government's Supplemental Supervised Release Violation Memorandum filed under Dkt. #132 shall remain sealed.

DATED this 28th day of July, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
*United States v. Sebastian Larry Lubers*, CR10-103RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970