The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>SEBASTIAN LUBERS,<br><br>Defendant. | No. CR10-103RAJ<br><br>ORDER TO SEAL |

Having read the Government's Motion for Clarification in the above-captioned case, which has been requested to be sealed, and the Government's Motion to Seal requesting that said document be allowed to remain under seal, and the court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #139) is GRANTED. The Government's Motion for Clarification, filed under seal at Dkt. #140, shall remain sealed.

DATED this 5th day of August, 2016.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL/LUBERS - 1
CR10-103RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970