The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR10-103RAJ |
| Petitioner, | |
| v. | ORDER TO SEAL |
| SEBASTIAN LUBERS, | |
| Defendant. | |

Having read the Government's Motion to Seal, and because of sensitive information contained within the Government's Exhibit D to its Supplemental Release Violation Memorandum, and the court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #141) is GRANTED. Exhibit D to the Government's Supplemental Supervised Release Violation Memorandum filed under Dkt. #142 shall remain sealed.

DATED this 5th day of August, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
United States v. Lubers, CR10-103RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970