The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>SEBASTIAN LUBERS,<br><br>      Defendant. | No. CR10-103RAJ<br><br>ORDER IMPOSING STANDARD AND SPECIAL CONDITIONS OF RELEASE |

THIS MATTER comes before the court upon the parties' Agreed Motion to Impose Standard and Special Conditions. Having considered the agreed motion, the files and pleadings herein, and being fully advised,

The Court hereby GRANTS the parties' Agreed Motion (Dkt. #143) and ORDERS that Defendant must abide by the standard and special conditions set forth in the Judgment dated July 29, 2016, until such time as he reports to serve the 90-day sentence imposed by the Court and after his release from custody, while serving his new 33-month term of supervised release.

The Court further orders that the Government's Motion for Clarification, filed at Dkt. #140, shall be terminated as moot.

DATED this 5th day of August, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order Imposing Conditions of Release
United States v. Lubers, CR10-103RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970