The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR10-103 RAJ |
| Plaintiff, | ORDER GRANTING DEFENSE MOTION FOR RELEASE |
| v. | |
| SEBASTIAN LARRY LUBERS, | |
| Defendant. | |

Based upon the motion by the defendant, and having considered the parties' arguments:

IT IS HEREBY ORDERED that the defendant be temporarily released from custody for ten days beginning March 6, 2017; the defendant must report back to the Federal Detention Center in SeaTac, Washington, by 5 p.m. on March 16, 2017. While on temporary release, the defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the

*U.S. v. Lubers*
Order Granting Defendant's Motion for Release - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

extent financially able, as determined by the location monitoring specialist. The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.

All the other conditions of supervised release remain in effect as modified by this Court most recently on December 29, 2016.

DATED this 6th day of March, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

*U.S. v. Lubers*
Order Granting Defendant's Motion for Release - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970