Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR10-103RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL |
| SEBASTIAN LARRY LUBERS, | |
| Defendant. | |

Having read the Defendant's Motion to Seal, because of sensitive information contained within the Supplement to Defense Supervised Release Memorandum, and the Court finding good cause, it is hereby

ORDERED that Defendant's Motion to Seal (Dkt. #167) is GRANTED. Defendant's Supplement to Defense Supervised Release Violation Memorandum filed under Dkt. #168 shall remain sealed.

DATED this 31st day of March, 2017.

_____
The Honorable Richard A. Jones
United States District Judge