Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff, v. SEBASTIAN LARRY LUBERS, Defendant. | NO. CR10-103RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY SPECIAL CONDITIONS OF SUPERVISED RELEASE |
|---|---|

THIS MATTER comes before the Court on Defendant's Motion to Modify Special Conditions of Supervised Release (Dkt. #174). Having considered Defendant's motion and the Government's response,

IT IS ORDERED that Defendant's Motion to Modify Special Conditions of Supervised Release (Dkt. #174) is DENIED.

DATED this 9th day of May, 2017.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
TO MODIFY SPECIAL CONDITIONS OF
SUPERVISED RELEASE - 1