Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN LARRY LUBERS,<br><br>Defendant. | NO. CR10-103RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION REQUESTING A HEARING BE SET |

THIS MATTER comes before the Court on Defendant's Motion Requesting a Hearing be Set for Late July 2017 or August 2017, in Regards to the Government's Most Recent Violation of Defendant's Plea Agreement (Dkt. #177). Having considered Defendant's motion and the Government's response,

IT IS ORDERED that Defendant's Motion Requesting a Hearing be Set for Late July 2017 or August 2017, in Regards to the Government's Most Recent Violation of Defendant's Plea Agreement (Dkt. #177) is DENIED.

DATED this 12th day of July, 2017.

*[signature]*

The Honorable Richard A. Jones
United States District Judge