Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN LARRY LUBERS,<br><br>Defendant. | NO. CR10-103RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION REQUESTING 60 DAY HALFWAY HOUSE RRC PLACEMENT BE REMOVED |

THIS MATTER comes before the Court on Defendant's Motion Requesting 60 Day Halfway House RRC Placement Be Removed (Dkt. #179). Having considered Defendant's motion and the Government's response,

IT IS ORDERED that Defendant's Motion Requesting 60 Day Halfway House RRC Placement Be Removed (Dkt. #179) is DENIED.

DATED this 12th day of July, 2017.

*(signature)*

The Honorable Richard A. Jones
United States District Judge