Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN LARRY LUBERS,<br><br>Defendant. | NO. CR10-103RAJ<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION REQUESTING COURT ORDER GIVEN ON MARCH 31, 2017 TO BE ENFORCED & FOLLOWED |

THIS MATTER comes before the Court on Defendant's Motion Requesting Court Order Given on March 31, 2017 to be Enforced & Followed (Dkt. #180). Having considered Defendant's motion and the Government's response,

IT IS ORDERED that Defendant's Motion Requesting Court Order Given on March 31, 2017 to be Enforced & Followed (Dkt. #180) is DENIED without prejudice to be refiled in the event the subsistence fee is not waived by the residential reentry center, as ordered by the Court in its March 31, 2017 order.

DATED this 12th day of July, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge