Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN LARRY LUBERS,<br><br>Defendant. | NO. CR10-103RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant's Motion for Early Termination of Supervised Release. Having considered Defendant's Motion, the Government's Response, the Defendant's Reply, and United States Probation Officer Lisimba Jackson's Memorandum in Response to Request for Early Termination of Supervised Release,

IT IS HEREBY ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. #188) is DENIED.

DATED this 1st day of August, 2018.

_____
The Honorable Richard A. Jones
United States District Judge