Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR10-103RAJ |
|---|---|
| Plaintiff, | |
| v. | FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: DETENTION REVIEW HEARING |
| SEBASTIAN LARRY LUBERS, | |
| Defendant. | |

THIS MATTER comes before the Court on defendant's Motion for Release from Custody Pending Evidentiary Revocation Hearing (Dkt. #199). The Court has considered defendant's motion, the government's response, and has conducted a hearing on this date.

The defendant has requested a 60-day continuance to address the supervised release violations. This motion and request is unopposed and therefore granted by this Court. The date set for that matter is December 12, 2018, at 10:00 a.m.

The defendant is also asking this Court to release him pending the evidentiary hearing. In support of his request he has listed six personal matters that he represents justify and warrant his release.

In further support of his request he points out that the court released him on January 17, 2018 for two weeks with an ankle monitor to attend to personal matters and he surrendered upon release. Under the circumstance of the current

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 1

supervised release violation the court has no evidence that the defendant's release with conditions will not reasonably assure his appearance for future hearings as required.

The Court denies defendant's motion for release, however, as he has not provided this Court adequate assurance that his release will not endanger the safety of any person or the community, primarily because of the defendant's past drug dealing, his continued criminal activities, and the allegations in the current violation for ongoing drug dealing of heroin and methamphetamine. For these reasons, the Court finds there is no condition or combination of conditions that will reasonably assure the safety of any other person and the community.

The Court makes this determination based upon the following findings of fact and conclusions of law:

This Court imposed a 64-month prison sentence followed by three years of supervised release for the defendant's prior conviction for being a felon in possession of a firearm. One month following his release the defendant was arrested for Violation of the Uniform Controlled Substances Act. Despite being allowed to remain out of custody to assist law enforcement in the investigation of others involved in drug dealing, the defendant continued purchasing drugs from the target of the detective's investigation.

The defendant's supervised release was revoked and he was sentenced to 90 days in custody followed by a new term of supervised release. Two months after the commencement of his second term of supervised release, the defendant was arrested for DUI with a blood alcohol level over the legal limit.

On January 14, 2017 the defendant was arrested for car prowling. He admitted these violations and was sentenced to six months in custody in March, 2017.

On October 11, 2018 the defendant was arrested for heroin distribution based upon two controlled buys of heroin in the month of September, 2018.

The defendant has an extensive criminal history, known history of continued drug abuse, and a clear disregard for the Court's authority as demonstrated by his repeated violations of supervised release.

For the above reasons the Court does not believe there are conditions of prehearing release sufficient to ensure the safety of the community. For these reasons the Court concludes the defendant should remain in custody pending his hearing on the alleged violations of the conditions of supervised release.

DATED this 16th day of November, 2018.

_____
The Honorable Richard A. Jones
United States District Judge