Hon. Richard A. Jones

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8 | UNITED STATES OF AMERICA,       | NO. CR10-103RAJ

9 |                      Plaintiff,

10 |         v.                      | ORDER DENYING
                                      DEFENDANT'S MOTION TO
11 |                                   EXTEND TEMPORARY RELEASE
                                      FROM CUSTODY

12 | SEBASTIAN LARRY LUBERS,

13 |                      Defendant.

14

15          THIS MATTER has come before the Court upon Defendant Sebastian Larry

16  Lubers' Motion to Extend Temporary Release from Custody.  The Court, having

17  considered the motion, the government's and Probation's opposition, and the files

18  and records in this case, hereby

19          ORDERS that Defendant's Motion to Extend Temporary Release (Dkt. #205)

20  is DENIED.  As previously ordered by this Court, Defendant shall return and

21  surrender to custody and the Federal Detention Center at SeaTac no later than

22  5:00 p.m. on November 29, 2018.

23          DATED this 29th day of November, 2018.

24
25  _____
    The Honorable Richard A. Jones
26  United States District Judge