Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>SEBASTIAN LARRY LUBERS,<br><br>Defendant. | NO. CR10-103RAJ<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO CONTINUE EVIDENTIARY REVOCATION HEARING AND FOR TEMPORARY RELEASE FROM CUSTODY |

THIS MATTER has come before the Court upon Defendant Sebastian Larry Lubers' Motion to Continue the Evidentiary Revocation Hearing and for Temporary Release from Custody. The Court, having considered the motion, the non-opposition by the government to a continuance of the evidentiary revocation hearing, and the files and records in this case, hereby

ORDERS that Defendant's Motion (Dkt. #209) is GRANTED IN PART and DENIED IN PART. The evidentiary revocation hearing in this matter is continued to **JANUARY 25, 2019 at 2:30 p.m.** The Court DENIES Defendant's motion for release from custody pending the evidentiary revocation hearing.

DATED this 7th day of December, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1