Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN LARRY LUBERS,<br><br>Defendant. | NO. CR10-103RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SUPERVISED RELEASE DISPOSITION HEARING AND DENYING DEFENDANT'S MOTION FOR RELEASE PENDING HEARING |

THIS MATTER has come before the Court upon Defendant Sebastian Larry Lubers' Motion to Continue Supervised Release Disposition Hearing and for Release Pending Hearing (Dkt. #211). The Court, having considered the motion, the Court's previous orders, and the files and records in this case, hereby

ORDERS that Defendant's Motion to Continue Supervised Release Hearing is GRANTED. Rather than accept Defendant's admission to the alleged violation at a separate hearing, however, the Court will accept Defendant's admission and proceed to a disposition hearing on **April 4, 2019 at 10:30 a.m**.

For the reasons previously set forth by the Court in its orders denying Defendant's requests for release, Defendant's renewed motion for release pending the disposition hearing is DENIED.

DATED this 14th day of January, 2019.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge