Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>SEBASTIAN LARRY LUBERS,<br><br>                          Defendant. | NO. CR10-103RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RELEASE PENDING APRIL 4, 2019 DISPOSITION HEARING |

THIS MATTER has come before the Court upon Defendant Sebastian Larry Lubers' Motion for Release Pending April 4, 2019 Disposition Hearing. The Court, having considered the motion, the government's opposition, and the files and records in this case, hereby

ORDERS that Defendant's Motion for Release Pending April 4, 2019 Disposition Hearing (Dkt. #214) is DENIED.

DATED this 19th day of March, 2019.

_____
The Honorable Richard A. Jones
United States District Judge