Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN LARRY LUBERS,<br><br>Defendant. | NO. CR10-103RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION TO SEAL MOTIONS AND HEARINGS FROM 11-16-2018 THROUGH 4-5-2019 |

THIS MATTER has come before the Court upon Defendant Sebastian Larry Lubers' pro se Motion Requesting to Seal Motions and Hearings from November 16, 2018 through April 5, 2019 (Dkt. #221). The Court, having considered the motion, and the files and records herein, hereby

ORDERS that Defendant's pro se Motion Requesting to Seal Motions and Hearings from November 16, 2018 through April 5, 2019 (Dkt. #221) is **DENIED**. There being no good cause shown, the Court denies Defendant's request to wholesale seal all motions filed during the requested time period. However, pursuant to Local Civil Rule 5(g), which applies to criminal matters, the Court does find it appropriate to temporarily seal certain documents pending submission of proposed redactions.

The Court has reviewed the records at issue and finds good cause to temporarily seal Defendant's Unopposed Emergency Motion for Temporary Release

to Attend Daughter's Surgery (Dkt. #203), which contains Defendant's minor daughter's full name and specifies the nature of her health condition, and Defendant's Memorandum re: Supervised Release Violation (Dkt. #218), which attaches a letter containing Defendant's minor daughter's name.

Local Civil Rule 5(g) requires minors' names be redacted to initials only. The Court finds that the specific nature of Defendant's daughter's medical condition is sensitive information which should not remain public.

No later than **MAY 10, 2019**, counsel for Defendant shall refile these two documents, redacting the minor's name to initials only and redacting the information regarding her specific medical condition.

Defendant's motion requests the Court to seal the hearings in this matter. There have been two hearings conducted during the time period specified by Defendant in his motion, the detention hearing held on November 16, 2018, and the supervised release disposition hearing held on April 4, 2019. To date, no party has requested these hearing be transcribed and therefore the transcripts from these hearing have not been filed on the docket. Pursuant to Amended General Order No. 15-15, should the transcript from either of these hearings be requested and filed, the parties are afforded a 90-day time period during which they may propose redactions prior to the transcript becoming publicly available on the docket. Therefore, Defendant's motion to seal the hearings in this matter is **DENIED.**

DATED this 29th day of April, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge