Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR10-103RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER SETTING HEARING AND DENYING DEFENDANT'S MOTION TO WAIVE HIS PRESENCE AT HEARING |
| SEBASTIAN LARRY LUBERS, | |
| Defendant. | |

THIS MATTER has come before the Court upon Defendant Sebastian Larry Lubers' pro se "Motion – Requesting Judge Jones to Remove Counsel Terry Kellogg From Representing Sebastian Lubers" and "Motion – Waiving Appearance in Court for Removal Motion of Terry Kellogg to Not Be Representing Me." The Court, having considered the motions, and the files and records herein, hereby

ORDERS that a hearing to consider Defendant's "Motion – Requesting Judge Jones to Remove Counsel Terry Kellogg From Representing Sebastian Lubers" (Dkt. #239) is set for **Friday, August 23, 2019, at 3:00 p.m.**, in Courtroom 13016.

///

///

///

IT IS FURTHER ORDERED Defendant's Motion – Waiving Appearance in Court for Removal Motion of Terry Kellogg to Not Be Representing Me" (Dkt. #240) is **DENIED**. Defendant's presence will be required at the August 23, 2019 hearing.

DATED this 16th day of August, 2019.

_____
The Honorable Richard A. Jones
United States District Judge