UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SEBASTIAN LARRY LUBERS,<br><br>                Defendant. | NO. CR10-103RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION REQUESTING SPECIFIC FILE & RECORDS RELEASE OF U.A. TEST RESULTS AND DATES FROM 2015-2019 |

THIS MATTER has come before the Court upon Defendant Sebastian Larry Lubers' pro se "Motion Requesting Specific File & Records Release of U.A. Test Results and Dates from 2015-2019" (Dkt. #253). The Court, having considered the motion, and the files and records herein, hereby

ORDERS that Defendant's pro se "Motion Requesting Specific File & Records Release of U.A. Test Results and Dates from 2015-2019" (Dkt. #253) is DENIED.

DATED this 15th day of January, 2020.

_____
The Honorable Richard A. Jones
United States District Judge